Lisette Deebach, as Administratrix, etc., of Charles C. Deebach, Deceased, Respondent, v. Robert Gair Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the authority of *Deebach* v. *Gair Co.* (143 App. Div. 489).  Jenks, P. J., Carr, Stapleton and Putnam, JJ., concurred; Thomas, J., concurred on the ground that the sole question for the jury is whether the master negligently permitted the custom of leaving the doors open, and the accident happened from that custom.

Bertha Frank, Respondent, v. Moses Frank, Appellant.— Judgment affirmed, with costs.  No opinion.  Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred; Burr, J., not voting.

In the Matter of the Application of The City of New York Relative to Acquiring Title, etc., to Montgomery Street, etc.  In the Matter of Sarah A. Clark, Respondent; John T. R. Mearns, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

Nassau Hotel Company, Appellant, v. Barnett & Barse Corporation, Respondent, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

Warren S. Paddock, Respondent, v. Andrew Johnson, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

The People of the State of New York ex rel. Charles G. C. Boye, Relator, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Determination confirmed, and writ dismissed, with fifty dollars costs and disbursements.  No opinion.  Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred; Burr, J., not voting.

The People of the State of New York ex rel. John S. Buck, Respondent, v. William Williams, as Commissioner of Water Supply, Gas and Electricity, Appellant.— Order reversed on reargument, without costs, in accord with the terms of the opinion per curiam in *People ex rel. Finch* v. *Williams* (166 App. Div. 929), decided January 8, 1915.  Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.  Order to be settled before the presiding justice.

Agostino Troiano, Respondent, v. Antonio Galasso and Joseph Galasso, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, without prejudice to a renewal of the motion at Special Term upon further papers.  The reversal is upon the ground that, the partnership having been denied, there was no satisfactory evidence in this record that there was a partnership in fact between the parties.  Any funds in the custody of the receiver to be subject to the further order of the Special Term.  Jenks, P. J., Thomas, Stapleton and Putnam, JJ., concurred; Rich, J., not voting.